# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD PETER NOVICELLI, | |
|     Appellant, | Case No. 2:10-CV-01150-KJD-GWF |
| v. | **ORDER** |
| MIDFIRST BANK, | |
|     Appellee. | |

Presently before the Court is Appellant's Ex Parte Motion for Enlargement of Time (#26). Having read and considered the motion, and good cause being found, the Court grants Appellant's motion. Appellant shall file his opening brief no later than April 18, 2011. No further extension shall be granted.

**IT IS SO ORDERED**.

DATED this 4th day of April 2011.

_____
Kent J. Dawson
United States District Judge