# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE: RICHARD PETER NOVICELLI,

    Debtor.

RICHARD PETER NOVICELLI,
Appellant,

v.

MIDFIRST BANK,

    Appellee.

Case No. 2:10-CV-01150-KJD-GWF

**ORDER**

    Presently before the Court is Appellant's Notice of Pending Negotiations and Offer of Judgment (#28). The Court will construe *pro se* Appellant's Notice as a Motion to Extend Time to file his opening brief which was due on April 18, 2011. Accordingly, the parties shall file notice of voluntary dismissal, a stipulation to dismiss or joint status report no later than June 17, 2011. If the action has not been dismissed, Plaintiff shall file his opening brief no later than June 20, 2011. No further extensions shall be granted. Failure to comply with the Court's order will result in Appellant's appeal being dismissed.

**IT IS SO ORDERED**.

    DATED this 6th day of May 2011.

                                    Kent J. Dawson
                                    United States District Judge